

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00049-CR

Anthony **SHIELDS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 980448
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appointed counsel's motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED October 2, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice